XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
COLIN A. WOOD
Deputy Attorney General
JENNIFER T. HENDERSON, State Bar No. 206231
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7784
 Fax: (916) 327-2319
 E-mail: Jennifer.Henderson@doj.ca.gov
*Attorneys for Defendants State of California
and Governor Gavin Newsom*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOCHA DEHE WINTUN NATION; VIEJAS BAND OF KUMEYAAY INDIANS; and SYCUAN BAND OF THE KUMEYAAY NATION,**<br><br>Plaintiffs,<br><br>v.<br><br>**EDMUND G. BROWN, GOVERNOR OF CALIFORNIA; STATE OF CALIFORNIA,**<br><br>Defendants. | 2:19-cv-00025-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[L.R. 144(a)]<br><br>Courtroom: 6, 14th Floor<br>Judge: Hon. John A. Mendez<br>Trial Date: None Set<br>Action Filed: 1/3/2019 |

Pursuant to the provisions of Local Rule 6-144, defendants the State of California and Gavin Newsom,[1] Governor of the State of California (Defendants) and plaintiffs the Yocha Dehe Wintun Nation, the Viejas Band of Kumeyaay Indians, and the Sycuan Band of the Kumeyaay

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Governor Newsom is substituted as a party in place of former Governor Brown.

1

Nations (Plaintiffs), by and through their respective counsel, hereby stipulate that Defendants may have additional time within which to answer or otherwise respond to the Complaint filed by Plaintiffs on January 3, 2019. The parties stipulate, subject to approval of the Court, that the last day for Defendants to answer or otherwise respond to Plaintiffs' complaint is Monday, March 18, 2019.

Good cause exists for this initial extension because Governor Newsom's administration, having commenced January 7, 2019, requires additional time to become knowledgeable about the important issues and interests underlying this case and to prepare an answer or to otherwise respond to the complaint.

Dated: January 24, 2019

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
SARA J. DRAKE
Senior Assistant Attorney General
T. MICHELLE LAIRD
Supervising Deputy Attorney General
COLIN A. WOOD
Deputy Attorney General

/s/ JENNIFER T. HENDERSON

JENNIFER T. HENDERSON
Deputy Attorney General
*Attorneys for Defendants State of California and Governor Gavin Newsom*

Dated: January 24, 2019

Dentons US LLP

/s/ JEFFRY BUTLER (as authorized on 1/24/19)

Jeffry Butler
*Attorneys for Plaintiff Yocha Dehe Wintun Nation*

| | | |
|---|---|---|
| Dated: January 24, 2019 | | Office of the Attorney General<br>Viejas Band of Kumeyaay Indians |
| | | /s/ TUARI N. BIGKNIFE (as<br>authorized on 1/24/19) |
| | | Tuari N. Bigknife<br>*Attorney for Plaintiff*<br>*Viejas Band of Kumeyaay Indians* |
| Dated: January 24, 2019 | | Office of the General Counsel<br>Sycuan Band of the Kumeyaay Nation |
| | | /s/ MARK A. RADOFF (as<br>authorized on 1/24/19) |
| | | Mark A. Radoff<br>*Attorneys for Plaintiff*<br>*Sycuan Band of the Kumeyaay Nation* |

**ORDER**

Pursuant to the parties' stipulation and good cause having been shown, IT IS HEREBY ORDERED that Defendants shall answer or otherwise respond to Plaintiffs' complaint on or before Monday, March 18, 2019.

DATED: 1/24/2019

/s/ John A. Mendez
Honorable John A. Mendez
Judge of the United States District Court