1  JEFFRY BUTLER (Bar No. 180936)
   jeffry.butler@dentons.com
2  PAULA M. YOST (Bar No. 156843)
   paula.yost@dentons.com
3  DENTONS US LLP
   One Market Plaza, Spear Tower, 24th Floor
4  San Francisco, California  94105
   Telephone:    (415) 267-4000
5  Facsimile:    (415) 267-4198

6  Attorneys for Plaintiff
   YOCHA DEHE WINTUN NATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| YOCHA DEHE WINTUN NATION; VIEJAS BAND OF KUMEYAAY INDIANS; and SYCUAN BAND OF THE KUMEYAAY NATION,<br><br>Plaintiffs,<br>v.<br><br>GAVIN C. NEWSOM, GOVERNOR OF CALIFORNIA; STATE OF CALIFORNIA,<br><br>Defendants. | Case No. 2:19-cv-00025-JAM-AC<br><br>**STIPULATION AND ORDER TO MODIFY STATUS REPORT DEADLINE**<br><br>**[L.R. 144; Fed. R. Civ. P. 6]**<br><br>Date:     Not applicable<br>Time:     Not applicable<br>Place:    501 I. St.<br>          Sacramento, CA 95814<br>          Courtroom 6, 14th Floor |

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1. On January 4, 2019, plaintiffs the Yocha Dehe Wintun Nation, the Viejas Band of Kumeyaay Indians, and the Sycuan Band of the Kumeyaay Nation (collectively "Plaintiffs") served the State of California with the summons, complaint and related documents. Dkts. 4, 5. Gavin Newsom, Governor of the State of California, consented to service of the summons, complaint and related documents as of January 4, 2019. The State and the Governor are hereafter collectively referred to as "Defendants." Based on the service date of January 4, 2019, the parties must, pursuant to the Court's Order Requiring Service of Process And Joint Status Report, confer and submit to the Court a joint status report by March 5, 2019. *See* Dkt. 3 at ¶ 4.

2. On January 24, 2019, the parties stipulated to a fifty-two day extension, until March 18, 2019, for Defendants to respond to the complaint. Dkt. 6. On the same day, this Court entered the parties' stipulation as an order of the Court. Dkt. 7.

3. Defendants' initial response to the complaint will be a motion to dismiss.

4. The deadline for the parties to submit the joint status report will occur before Defendants' deadline to file their motion to dismiss. The parties agree that the conference required by Federal Rule of Civil Procedure 26(f), as well as the preparation and filing of a joint status report, will be most effective and beneficial if both occurred after the Court rules on Defendants' motion to dismiss.

5. The parties therefore stipulate and request that the Court order that the Rule 26(f) conference and submission of the required joint status report that includes the Rule 26(f) discovery plan take place on or before June 24, 2019, or another date to be set by the Court at its convenience.

**IT IS SO STIPULATED**.

Dated: March 1, 2019  DENTONS US LLP

By: /s/ JEFFRY BUTLER
Jeffry Butler
Paula M. Yost
Attorneys for Plaintiff
YOCHA DEHE WINTUN NATION

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

| | | |
|---|---|---|
| Dated: March 1, 2019 | | OFFICE OF THE ATTORNEY GENERAL<br>VIEJAS BAND OF KUMEYAAY INDIANS |
| | | By: /s/ TUARI BIGKNIFE<br>   Tuari N. Bigknife (as authorized on March 1, 2019)<br>   Attorneys for Plaintiff<br>   VIEJAS BAND OF KUMEYAAY INDIANS |
| Dated: March 1, 2019 | | OFFICE OF THE GENERAL COUNSEL<br>SYCUAN BAND OF THE KUMEYAAY NATION |
| | | By: /s/ MARK RADOFF<br>   Mark A. Radoff (as authorized on March 1, 2019)<br>   Attorneys for Plaintiff<br>   SYCUAN BAND OF THE KUMEYAAY NATION |
| Dated: March 1, 2019 | | ATTORNEY GENERAL OF CALIFORNIA |
| | | By: /s/ JENNIFER HENDERSON<br>   Jennifer T. Henderson (as authorized on March 1, 2019)<br>   Deputy Attorney General<br>   Attorneys for Defendants<br>   STATE OF CALIFORNIA AND GOVERNOR GAVIN NEWSOM |

**ORDER**

Pursuant to the parties' stipulation and good cause appearing, the Court orders that on or before June 24, 2019, the parties shall confer as required by Rule 26(f) and shall prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan. The status report shall address all matters outlined in the Court's Order Requiring Service of Process And Joint Status Report. *See* Dkt. 3.

**IT IS SO ORDERED.**

Date: March 1, 2019

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000